AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Alexis Ramon UVIEDA-Machado<br><br>_Defendant(s)_ | Case No: 24-276 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>February 26, 2024</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. <u>§1324(a)(1)(A)(iii)(Harboring)</u>, an offense described as follows:

knowing or in reckless disregard of the fact that aliens, had come to, entered, or remained in the United States in violation of law, conceal, harbor, or shield from detection, such aliens in any place, including any building or any means of transportation.

This criminal complaint is based on these facts:
On February 26, 2024, A Border Patrol Agent assigned to the anti-smuggling operations on a location suspected of harboring illegal aliens in Dona Ana County, New Mexico. At approximately 9:30 a.m. Border Patrol Agents conducted a consensual encounter with Defendant UVEIDA-Machado, Alexis. Defendant UVEIDA-Machado, Alexis was questioned as to his citizenship and stated he was a citizen of Venezuela. Defendant UVEIDA-Machado, Alexis's girlfriend approached the agent and was also questioned as to her citizenship. Defendant UVEIDA-Machado, Alexis's girlfriend retrieved their immigration documents that granted them parole for two years. Defendant UVEIDA-Machado, Alexis gave consent to the Agents to enter and search the residence.

☒ Continued on the attached sheet.

_Complainant's signature_

Steven Milam, Agent
_Printed name and title_

Sworn to before me and signed ~~in my presence~~ _telephonically_.

Date: February ~~26~~ 27, 2024

City and state: Las Cruces, N.M.

_Judge's signature_

Damian L. Martínez, U.S. Magistrate Judge
_Printed name and title_

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Alexis Ramon UVIEDA-Machado

**Continuation of Statement of Facts:**
Agents entered the residence and encountered the Defendant UVEIDA-Machado, Alexis's two children in a bedroom who are legally present in the United States. As Agents continued to clear the residence, they encountered ten individuals hiding in a bedroom. Agents questioned them as to their citizenship, and they all admitted they were not United States citizens and did not possess any immigration documents to be or remain in the United States legally. While processing the illegal aliens they stated that their cell phones were taken from them and placed in a brown bag. Defendant UVEIDA-Machado, Alexis was questioned as to the location of the illegal aliens' cell phone, and he responded he didn't know. After a brief search of the vehicle a brown bag with multiple cell phones belonging to the illegal aliens was located in the center console. Defendant UVEIDA-Machado, Alexis, his girlfriend and two children along with the ten illegal aliens were taken into custody and transported to the Las Cruces Border Patrol Station for processing.

In a post Miranda interview, Defendant UVEIDA-Machado, Alexis stated that while he was residing in Denver Colorado, he was contacted by an individual he met in Juarez, Mexico. Defendant UVEIDA-Machado, Alexis stated that the individual offered him work. Defendant UVEIDA-Machado, Alexis stated that the individual bought bus tickets for himself, his girlfriend and children to travel to Albuquerque, New Mexico. Defendant UVEIDA-Machado, Alexis states that once they arrived in Albuquerque, New Mexico an unknown individual arrived at their location and gave them a Silver Dodge Dakota and told them to travel to Las Cruces, New Mexico. Once in Las Cruces Defendant UVEIDA-Machado, Alexis stated that they went to a residence and met an individual that told them they would be living there and paying rent. Once at the residence Defendant UVEIDA-Machado, Alexis was told that he would be holding illegal aliens that people would be dropping off. Defendant UVEIDA-Machado, Alexis stated that his job was to take care of the illegal aliens until someone picked them up. Defendant UVEIDA-Machado, Alexis stated that in December he was told to travel to the desert and pick up and transport illegal aliens back to the residence. Defendant UVEIDA-Machado, Alexis stated that he was paid a set amount every time he transported illegal aliens, and the rent was deducted from his pay.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.
Assistant United States Attorney Aaron Jordan was presented with the aforementioned facts and authorized criminal prosecution of Defendant UVEIDA-Machado, Alexis for 8 U.S.C. 1324(a)(1)(A)(iii).

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Milam, Steven
Filing Agent