**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY 08 2024

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 24 mJ 276 DLM |
| vs. | 8 U.S.C. § 1325(a)(2) and 18 U.S.C. § 2: Aiding and Abetting Eluding Examination and Inspection. |
| **ALEXIS RAMON UVIEDA-MACHADO,** | |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

On or about February 26, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ALEXIS RAMON UVIEDA-MACHADO**, knowingly and unlawfully aided and abetted an alien eluding examination and inspection by immigration officers of the United States.

In violation of 8 U.S.C. § 1325(a)(2) and 18 U.S.C. § 2.

ALEXANDER M.M. UBALLEZ
United States Attorney

*Silvia Delgado* (signature)

SILVIA DELGADO
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.
(575) 522-2391 - Fax