IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 24-mj-276-DLM |
| vs. | ) | |
| **ALEXIS RAMON UVIEDA-MACHADO**, | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CRIMINAL COMPLAINT WITHOUT PREJUDICE

THIS MATTER having come before the Court on the written Motion of the United States Attorney for the District of New Mexico, for an Order dismissing the Criminal Complaint filed on February 28, 2024, consistent with the defendant's plea to an Information and sentencing to a misdemeanor in the above-referenced case. The Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Criminal Complaint filed on February 28, 2024, be and hereby is dismissed without prejudice as to Defendant ALEXIS RAMON UVIEDA-MACHADO.

IT IS FURTHER ORDERED that the Clerk shall provide a certified copy of this Order to the United States Marshal as authority to proceed hereunder.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE